**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No.<br><br>**AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Thomas Keene

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant: Alabama

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Alabama

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   Alabama

7. District Court and Division in which venue would be proper absent direct filing:

   United States District Court for the Northern District of Alabama

8. Defendants (check Defendants against whom Complaint is made):

   ☑ C.R. Bard Inc.

   ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☑ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   Multi-District Litigation

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

-2-

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☑ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

<u>January 12, 2014</u>

12. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I: Strict Products Liability – Manufacturing Defect

☑ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☑ Count III: Strict Products Liability – Design Defect

☑ Count IV: Negligence - Design

☑ Count V: Negligence - Manufacture

☑ Count VI: Negligence – Failure to Recall/Retrofit

☑ Count VII: Negligence – Failure to Warn

☑ Count VIII: Negligent Misrepresentation

☑ Count IX: Negligence *Per Se*

☑ Count X: Breach of Express Warranty

☑ Count XI: Breach of Implied Warranty

☑ Count XII: Fraudulent Misrepresentation

-3-

| | | |
|---|---|---|
| 1 | ☑ | Count XIII: Fraudulent Concealment |
| 2 | ☑ | Count XIV: Violations of Applicable <u>Michigan</u> (insert state) |
| 3 | | Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade |
| 4 | | Practices |
| 5 | ☑ | Count XV: Loss of Consortium |
| 6 | ☐ | Count XVI: Wrongful Death |
| 7 | ☐ | Count XVII: Survival |
| 8 | ☑ | Punitive Damages |
| 9 | ☐ | Other(s): _____ (please state the facts supporting |
| 10 | | this Count in the space immediately below) |

13. Jury Trial demanded for all issues so triable?

☑ Yes

☐ No

RESPECTFULLY SUBMITTED this 31st day of October, 2017.

**MARC J. BERN & PARTNERS LLP**

By: _/s/ Debra J. Humphrey_
    Debra J. Humphrey
    One Grand Central Place
    60 East 42nd St., Suite 950
    New York, New York 10165
    (212) 702-5000

*Attorneys for Plaintiff(s)*

I hereby certify that on this 31st day of October, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                     _/s/ Debra J. Humphrey_

5131774